The Law Office of

# RALPH A. SOMMA

175 West Main Street, Suite One
Babylon, NY 11702

Tel.: (631) 587-1699                                           E-mail: rsomma@sommafirm.com
Fax: (631) 587-1760                                            Web: www.sommafirm.com

Hon. Arthur D. Spatt
United States District Court for the Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722

April 25, 2013

>  Re:   Alas et al. v. Brothers II Landscapes, Inc., et al.
>        Case No. 13-CV-1692(ADS)(ETB)

Dear Judge Spatt,

This Office represents, Daniel Joseph and Brothers II Landscapes, Inc., the Defendants in the above referenced case. I write to request an extension of time to answer, move or otherwise respond to the Complaint, from April 29 to May 29, 2013.

This is Defendants' first request for an extension of time to answer the complaint. I have conferred with Plaintiff's counsel, Troy Kessler, Esq., who has granted his consent to this request.


Sincerely,
THE LAW OFFICE OF RALPH A. SOMMA

s/ Ralph A. Somma
*RAS/pc*
*Via ECF and regular mail*
*cc: client*