**CONSENT FORM**

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my former employer, Brothers II Landscapes Inc., et al., to secure any relief that may be awarded, including overtime pay, liquidated damages, attorneys' fees, costs and other relief arising out of my employment with Brothers II Landscapes Inc., et al.

2. During the past three (3) years, there were occasions when I worked more than forty (40) hours in a week for Brothers II Landscapes Inc., et al., and I did not receive proper overtime compensation for those hours.

3. I authorize Shulman Kessler LLP to represent me in this case.

    Date: _____                                     _____
                                                                                              Signature

                                                                                     _____
                                                                                              Print Name

**FORMA DE CONSENTIMIENTO**

1. Consiento para afirmar reclamaciones contra para violaciones del Acto de Estándares de Trabajo Justo, 29 Congreso de los Estados Unidos § 201, *et seq.*, contra mi empleador actual/anterior Brothers II Landscapes Inc., et al., para asegurar cual quiera ayuda que podrá concederse, incluyendo pago de horas extras, daños y perjuicios, honorarios de abogados, gastos y cualquier otra reparación que surja de mi empleo con Brothers II Landscapes Inc., et al.,

2. Durante los ultimo tres (3) años, había ocasiones en que he trabajado más de cuarenta (40) horas a la semana para Brothers II Landscapes Inc., et al., y no recibí compensación adecuada para aquellas horas.

3. Consiento a Shulman Kessler LLP para representarme en este pleito.

    Fecha: 07-15-13                                            _____
                                                                                              Firma *[signed]*

                                                                                     Eriu Reyes Fuentes
                                                                                              Nombre en Letra