

June 10, 2014

<u>Via ECF</u>

Hon. Gary R. Brown, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:   *Alas, et al. v. Brothers II Landscaping, et al.*
             Case No: 13 Civ. 1692 (ADS) (GRB)

Dear Judge Brown:

    Please let this correspondence confirm that the parties have reached an agreement on the material terms of a settlement. The parties respectfully request that Your Honor permit them to have thirty days to finalize and execute the settlement agreement.

    Counsel and the parties wish to thank Your Honor for your efforts at the Settlement Conference that occurred on June 3, 2014.

                                                 Respectfully submitted,

                                                 */s/ Troy L. Kessler*

                                                 Troy L. Kessler

cc:  Saul D. Zabell

510 Broadhollow Road, Suite 110
Melville, New York 11747
Tel 631.499.9100  Fax 631.499.9120
www.shulmankessler.com