

July 14, 2014

**Via Electronic Court Filing**

Hon. Gary R. Brown, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:    *Alas v. Brothers II Landscaping, et al.*
              No. 13 Civ. 1692 (ADS) (GRB)

Dear Judge Brown:

      My office is counsel for Plaintiffs in the above referenced matter. Please accept this correspondence as a request to extend the deadline to finalize the settlement agreement and file the stipulation of dismissal from July 15, 2014 to August 5, 2014. Defendants' counsel has consented to this request. Plaintiffs seek this additional time in order to finalize the settlement agreement and obtain signatures from all parties. This is the first request to extend the deadlines in this regard.

      Thank you for your consideration of this matter.

                                              Respectfully submitted,

                                              */s/ Troy L. Kessler*
                                              Troy L. Kessler

cc:    Saul D. Zabell, Esq.

510 Broadhollow Road, Suite 110
Melville, New York 11747
Tel 631.499.9100  Fax 631.499.9120
www.shulmankessler.com